IN THE MATTER OF THE WILL OF DANIEL P. FORTUGNO.

*Messrs. Milton, Keane & DeBona* and *Messrs. Breslin & Breslin* for the petitioners.

*Messrs. Crummy, Gibbons & O'Neill* for the respondent.

January 21, 1965. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOHN E. RING, DEFENDANT-PETITIONER.

See same case below: 85 *N. J. Super.* 341.

*Messrs. Moser, Roveto & McGough* for the petitioner.

*Mr. Guy W. Calissi* and *Mr. Ronald J. Picinich* for the respondent.

February 4, 1965. Denied.